**Order entered October 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00202-CV

**JACOB SWEARINGER, ET AL., Appellants**

**V.**

**ABRAHAM EDILBERTO GUAJARDO, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03165**

## ORDER

We **GRANT** appellee's October 20, 2015 unopposed motion for an extension of time to

file a brief. Appellee shall file a brief by **NOVEMBER 16, 2015**.


/s/    ELIZABETH LANG-MIERS
        JUSTICE